■ In the Matter of JAMES WARE, Appellant, v WALTER R. KELLY, as Superintendent of Attica Correctional Facility, Respondent.—Judgment unanimously reversed on the law and facts and petition granted, in accordance with the following memorandum: Respondent concedes that the final revocation hearing was not conducted within 90 days of the probable cause determination as required by statute (Executive Law § 259-i [3] [f] [i]). Accordingly, we reverse the judgment, grant the petition and annul the determination. (Appeal from judgment of Supreme Court, Wyoming County, Kubiniec, J.—art 78.) Present—Dillon, P. J., Green, Pine, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL CATHCART, Appellant.—Judgment unanimously affirmed. Memorandum: Each claim raised by defendant on his appeal from a conviction for second degree murder lacks merit. The trial court properly denied defendant's application for substitution of assigned counsel because defendant did not establish good cause to justify the request *(see, People v Medina,* 44 NY2d 199, 208-209; *People v Rodriguez,* 98 AD2d 961, 962, *cert denied* 469 US 818). Defendant's claims of prosecutorial misconduct were, for the most part, unpreserved and lack merit in any event. The prosecutor's cross-examination of defense witnesses was proper and the prosecutor's summation was fair response to defense counsel's summation. We have reviewed the court's charge and find it adequate and proper in all respects. (Appeal from judgment of Onondaga County Court, Cunningham, J.—murder, second degree.) Present—Dillon, P. J., Green, Pine, Balio and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GIANNI, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment of conviction for attempted burglary in the third degree and possession of burglar's tools. His claim that the trial court abused its discretion in permitting cross-examination of defendant concerning three prior burglaries is without merit *(see, People v Mercado,* 117 AD2d 627). We have reviewed defendant's remaining claim and find it to be without merit. (Appeal from judgment of Oneida County Court, Murad, J.—attempted burglary, third degree, and another charge.) Present—Callahan, J. P., Denman, Boomer, Balio and Lawton, JJ.